U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 3 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CAMERON PARISH SCHOOL BOARD** | : | **DOCKET NO. 2:06 CV 2046** |
| **VS.** | : | **JUDGE MINALDI** |
| **STATE FARM FIRE AND CASUALTY COMPANY AND ENOS DERBONNE, JR.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Having reviewed the Report and Recommendation of the Magistrate Judge and after an independent review of the record, and a *de novo* determination of the issues, upon consideration of the objections filed by the defendants herein,

IT IS ORDERED that the Motion to Remand IS DENIED.

It is also ordered that the request for attorneys fees IS DENIED.

Lake Charles, Louisiana, this 26 day of October, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE