RECEIVED
IN LAKE CHARLES, LA

MAR 19 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CAMERON PARISH SCHOOL BOARD** | : | **DOCKET NO. 06-2046** |
| | : | **JUDGE MINALDI** |
| **STATE FARM FIRE AND CASUALTY COMPANY AND ENOS DERBONNE, JR.** | : | **MAGISTRATE JUDGE KAY** |

### ORDER

Given this Court's October 29, 2007 Memorandum Ruling, [doc. 34], which denied remand because Enos Derbonne, the non-diverse party, was improperly joined,

IT IS ORDERED that Enos Derbonne is hereby DISMISSED from this suit.

Lake Charles, Louisiana, this 19 day of March, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE